```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00342
   GILBERT FELICIANO
   LILIA BARBOSA FELICIANO                      CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-5964     SSN XXX-XX-0526
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/16/06 and confirmed on 06/16/06.

     2.  The case was dismissed after confirmation, 05/08/2008.

     3.  The Debtor paid a total of $  14586.00 .

     4.  The Trustee made disbursements to creditors as follows:

---
```
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
---
CITIMORTGAGE              CURRENT MORTG          .00            .00              .00
CITIMORTGAGE              MORTGAGE ARRE      4887.32            .00          4887.32
ELGIN CITY EMPLOYEES C/U  SECURED                .00            .00              .00
ELGIN CITY EMPLOYEES C/U  SECURED           10000.00         911.73          4327.08
ELGIN CITY EMPLOYEES C/U  SECURED            3414.74         310.71          1483.20
ELGIN CITY EMPLOYEES C/U  UNSECURED         24764.11            .00           433.29
COSTELLO & COSTELLO       ORIGINAL ATTO     2770.25            .00          1649.23
         Summary of disbursements:
---
                     SECURED     PRIORITY    UNSECURED      OTHER          TOTAL
---
TOTAL CLMS ALLOWED  18302.06     2770.25     24764.11         .00       45836.42
PRINCIPAL PAID      10697.60     1649.23       433.29         .00       12780.12
INTEREST PAID        1222.44         .00          .00         .00        1222.44
TOTAL PAID          11920.04     1649.23       433.29         .00       14002.56
```
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $       .00
and was paid $       .00 .

The Trustee received $     583.44 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/20/08                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 06 B 00342 GILBERT FELICIANO & LILIA BARBOSA FELICIANO
```