```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 00342
   GILBERT FELICIANO
   LILIA BARBOSA FELICIANO                    CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-5964     SSN XXX-XX-0526

-------------------------------------------------------------------------------
              TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/16/06 and confirmed on 06/16/06.

     2.  The case was converted to Chapter 7 after confirmation, 05/08/2008.

     3.  The Debtor paid a total of $  14586.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITIMORTGAGE              CURRENT MORTG         .00           .00           .00
CITIMORTGAGE              MORTGAGE ARRE    4887.32           .00        4887.32
ELGIN CITY EMPLOYEES C/U  SECURED              .00           .00           .00
ELGIN CITY EMPLOYEES C/U  SECURED         10000.00        911.73        4327.08
ELGIN CITY EMPLOYEES C/U  SECURED          3414.74        310.71        1483.20
ELGIN CITY EMPLOYEES C/U  UNSECURED       24764.11           .00         433.29
COSTELLO & COSTELLO       ORIGINAL ATTO    2770.25           .00        1649.23
        Summary of disbursements:
-------------------------------------------------------------------------------
              SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   18302.06     2770.25    24764.11       .00      45836.42
PRINCIPAL PAID       10697.60     1649.23      433.29       .00      12780.12
INTEREST PAID         1222.44          .00         .00       .00       1222.44
TOTAL PAID           11920.04     1649.23      433.29       .00      14002.56
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $        .00
and was paid $         .00 .

The Trustee received $      583.44 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 08/26/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 00342 GILBERT FELICIANO & LILIA BARBOSA FELICIANO
```